CA 06 227 ML



**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District RHODE Island |
|---|---|
| Name (under which you were convicted): Norberto Bolarinho | Docket or Case No.: P201-0769A |
| Place of Confinement: High Security Center R.I. Department of Corrections | Prisoner No.: 106007 |
| Petitioner (include the name under which you were convicted) Norberto Bolarinho | v. Respondent (authorized person having custody of petitioner) |
| The Attorney General of the State of R.I. / Stephen A. Regine | |

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Prov. County Superior Court 250 Benefit St., Prov., R.I. 02903

   (b) Criminal docket or case number (if you know): P201-0769A

2. (a) Date of the judgment of conviction (if you know): April 10th, 2002

   (b) Date of sentencing: June 18, 02

3. Length of sentence: 12yrs; 5 to serve; 7 probation

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: 2 Counts of Felony Assault: 1 count of assault resulting in serious bodily injury, and 1 count of assault with dangerous weapon (Shod foot; my foot)

6. (a) What was your plea? (Check one)

   (1) Not guilty ☒ (3) Nolo contendere (no contest) ☐

   (2) Guilty ☐ (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☐ Judge only ☒

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☒ No ☐

8. Did you appeal from the judgment of conviction?

Yes ☒ No ☐

9. If you did appeal, answer the following:

(a) Name of court: R.I. Supreme Court 250 Benefit st, Prov., R.I. 02906

(b) Docket or case number (if you know): P201-0769A

(c) Result: affirmed in part; vacated in part remanded

(d) Date of result (if you know): April 14th, 2004

(e) Citation to the case (if you know): 850 A.2d 907 (R.I. 2004)

(f) Grounds raised: U.S.C.A. Const. Amend 5; Const. Art 1, § 7; Double Jeopardy, Under "same evidence test" for finding Double Jeopardy. Being twice punished for same crime.

(g) Did you seek further review by a higher state court? Yes ☒ No ☐

If yes, answer the following:

(1) Name of court: R.I. Supreme Court

(2) Docket or case number (if you know): P201-0769A

(3) Result: Motion to correct opinion on state v. Norberto Bolarinho, issued on april 14th, 04 "granted!"

(4) Date of result (if you know): May 20th, 04 — May 26th 04

(5) Citation to the case (if you know): Wasn't cite in reported books.

(6) Grounds raised: Unknown; Order granted is enclosed with citation connected;

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☒

If yes, answer the following:

(1) Docket or case number (if you know): ____

(2) Result: ______

(3) Date of result (if you know): ______

(4) Citation to the case (if you know): ______

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☒ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Prov. County Superior Court 250 Benefit st. Prov, R.I. 02903

(2) Docket or case number (if you know): P201-0769A

(3) Date of filing (if you know): Oct 18th 04 or Dec 17th, 04

(4) Nature of the proceeding: Denied; Order from R.I. S.Ct to Amend. Denied

(5) Grounds raised: Punishment does not fit crime; No serious bodily injuries; excessive sentencing. Disobeyed a direct order from there superiors (Supreme Court of R.I.) to amend case.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☒ No ☐

(7) Result: Denied

(8) Date of result (if you know): Dec. 17th, 04

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Prov. County Superior Court

(2) Docket or case number (if you know): P201-0769A

(3) Date of filing (if you know): March 30th, 05

(4) Nature of the proceeding: Denied; Superior Court Order issued.

(5) Grounds raised: Punishment does not fit crime; No serious bodily injury; excessive sentencing. Disobeyed a direct order from there superiors (Supreme Court of R.I.) to amend case.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☒

(7) Result: Denied

(8) Date of result (if you know): Denied March 30th, 05

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☐

(7) Result: ______

(8) Date of result (if you know): ______

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: Yes ☒ No ☐ } both issues in (1) Petition/motion

(2) Second petition: Yes ☒ No ☐ )

(3) Third petition: Yes ☐ No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

______

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Due Process

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The Trial Court denied my process due by not compling with a direct order from the R.I. S.Ct to amend my charge and sentence, order enclosed, relief wasn't givin by trial court.

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Appeal was approved, remanded with order to amend.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☒ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Motion to reduce sentence; Habeas Corpus

Name and location of the court where the motion or petition was filed: Prov. County Superior Court 250 Benefit St. Prov., R.I. 02903

Docket or case number (if you know): P201-0769A

Date of the court's decision: Dec. 17th 04 and March 30th, 05.

Result (attach a copy of the court's opinion or order, if available): Denied; order enclosed

(3) Did you receive a hearing on your motion or petition?

Yes ☒ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☒ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: R.I. Supreme Court 250 Benefit St., Prov., R.I. 02903

Docket or case number (if you know): P201-0769A / 05-223

Date of the court's decision: Jan. 12, 06

Result (attach a copy of the court's opinion or order, if available): Denied; motion for relief after granting me relief from the first motion in, 04, May 26th

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: ______

**GROUND TWO:** Statue of Congress; The all writs act.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): By law, the Trial court refused a direct order to amend my charge and sentence when the Trial Court shouldn't have refuse a direct order. An order is considered established law.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: I didn't find out about the all writs act till now.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐ No ☒

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

____________________

____________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ____________________

____________________

____________________

____________________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: ____________________

____________________

____________________

____________________

GROUND THREE: ____________________

____________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

____________________

____________________

____________________

____________________

____________________

____________________

(b) If you did not exhaust your state remedies on Ground Three, explain why: ____________________

____________________

____________________

____________________

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ____________________

____________________

____________________

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ❑ No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ____________________

Name and location of the court where the motion or petition was filed: ____________________

____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

____________________

____________________

(3) Did you receive a hearing on your motion or petition?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑ No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________________

____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

____________________

____________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ____________________

____________________

____________________

____________________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: ____________________

____________________

____________________

GROUND FOUR: ______________________________

______________________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

(b) If you did not exhaust your state remedies on Ground Four, explain why: ______________

______________________________

______________________________

______________________________

______________________________

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: ______________

______________________________

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ❑ No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______________________________

Name and location of the court where the motion or petition was filed: ______________

______________________________

Docket or case number (if you know): ______________________________

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available): ______________

______________________________

______________________________

(3) Did you receive a hearing on your motion or petition?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑ No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________

Docket or case number (if you know): ______________________

Date of the court's decision: ______________________

Result (attach a copy of the court's opinion or order, if available): ______________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______________________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: ______________________

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ☐ No ☒

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: 2, I didn't find out about the all writs act till now.

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ______________________

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ☐ No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. ______

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐ No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Kevin J. Fitzgerald 100 No. Main St. 4th Flr. Prov., R.I. 02903 (Public Defenders' office)

(b) At arraignment and plea: Same

(c) At trial: Same

(d) At sentencing: Same

(e) On appeal: Paula Lynch 100 No. Main st. 4th Flr. Prov., R.I. 02903 (Appellate Division's office)

(f) In any post-conviction proceeding: Christopher Gontarz 314 Oliphant lane, Middletown, R.I. Zip N/A. (Appointed Att.)

(g) On appeal from any ruling against you in a post-conviction proceeding: Myself (Norberto Bolacinho) P.O. Box 8200 Cranston, R.I. 02920

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______

(b) Give the date the other sentence was imposed: ______

(c) Give the length of the other sentence: ______

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* I have very limited knowledge in matters of law. I had no expirience in Judicial proceedings. None of my former attorneys' advised me anyway about anything to be done in regards to extinguish this case after exhausting my state remedies.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: Vacate my charge and sentence in its entirety and a writ be issued for my release. I ask also, that this court vacate my pending violation (P201-0769A).

or any other relief to which petitioner may be entitled.

Pro Se'

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on May 13th, 2006 (month, date, year).

Executed (signed) on May 12th, 2006 (date).

Signature of Petitioner

---

*(...continued)

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. ______________________________________________

______________________________________________

______________________________________________

IN FORMA PAUPERIS DECLARATION

______________________________

[Insert appropriate court]

* * * * *