UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORBERTO BOLARINHO

vs. CA 06-227ML

RHODE ISLAND DEPARTMENT
OF CORRECTIONS

ORDER

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in state custody." Said response will be filed on or before June 16, 2006.

SO ORDERED

Mary M. Lisi
Mary M. Lisi
United States District Judge
May 22 ,2006

Entered as an Order of this Court on May 23rd, 2006.

Barbara Barletta
Deputy Clerk