# Criminal Docket Sheet Report



**Case ID:** P2-2001-0769A **Description:** NORBERTO D. BOLARINHO
**Filing Date:** 09-MAR-2001
**Original Case ID:** 62-2000-15182

**Defendant Name:** NORBERTO BOLARINHO
**BCI#:** 09403716 **Date of Birth:** 03-MAR-1974
**Address:** 273 CENTRAL AVENUE, 3RD FLOOR

EAST PROVIDENCE RI 02914

**Police Dept:** EAST PROVIDENCE POLICE DEPARTMENT
**Incarcerated:**

**PROSECUTOR:** STEPHEN A REGINE
**COURT APPOINTED ATTORNEY:** NEAL R. STEINGOLD

## Charge Information

**Count:** 1 11-5-2 **FELONY ASSAULT**
**Offense Date:** 09-SEP-2000
**Charge Text:** SERIOUS BODILY INJURY RESULTING.
**Disposition:**

**Count:** 2 11-5-2 **FELONY ASSAULT**
**Offense Date:** 09-SEP-2000
**Charge Text:** ADW.
**Disposition:** FOUND GUILTY BY JUDGE

**Sentence:** FULL SENTENCE
**Term:** 12 Years
**Start:** 18-JUN-2002
**Judge:** JUDGE KRAUSE
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 5 Years
**Start:** 18-JUN-2002
**Judge:** JUDGE KRAUSE
**Text:** concurrent

**Sentence:** SUSPENDED
**Term:** 7 Years
**Start:** 18-JUN-2002
**Judge:** JUDGE KRAUSE
**Text:**

**Sentence:** PROBATION
**Term:** 7 Years
**Start:** 18-JUN-2002
**Judge:** JUDGE KRAUSE
**Text:**

# Criminal Docket Sheet Report



## Charge Information

**Sentence:** ANGER MANAGEMENT COUNSELING
**Term:** 0 Days
**Start:** 18-JUN-2002
**Judge:** JUDGE KRAUSE
**Text:** upon release

**Count:** 3 11-8-2 **B & E DWELLING**

**Offense Date:** 02-SEP-2000

**Charge Text:**

**Disposition:**

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## No Contact Orders

| | |
|---|---|
| 14-SEP-2000 | NO CONTACT ORDER |
| 16-APR-2001 | NO CONTACT ORDER |

## Bail Information

| | |
|---|---|
| 14-SEP-2000 | SURETY BAIL SET AT $25000 SURETY OR 10% CASH |
| 29-SEP-2000 | CASH BAIL SET AT$ 1000.00 CASH BAIL |
| 27-NOV-2000 | CASH BAIL SET AT$ 500.00 CASH |
| 07-FEB-2001 | PERSONAL RECOGNIZANCE SET AT $10000 PR |
| 16-APR-2001 | PERSONAL RECOGNIZANCE SET AT $10000.00 |
| 29-APR-2005 | DEFENDANT HELD WITHOUT BAIL |

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|
| 31-JAN-2006 | VIOLATION HEARING 4 | P | LANPHEAR, JUDGE |
| 01-MAR-2006 | VIOLATION HEARING 1 | P | LANPHEAR, JUDGE |
| 22-JUN-2006 | VIOLATION HEARING | P | LANPHEAR, JUDGE |

## Events

| Date | Event | Judge |
|---|---|---|
| 09-APR-2001 | **PRE-ARRAIGNMENT DISP CONFERENC** | MCATEE, MAGISTRATE |

CASE PASSED FOR ARRAIGNMENT

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 16-APR-2001 | **ARRAIGNMENT**<br>DEFT ARRGN & PLEADS NOT GUILTY | MCATEE, MAGISTRATE |
| 15-JUN-2001 | **PRE-TRIAL CONFERENCE**<br>PENDING FURTHER INVESTIGATION | KEOUGH, MAGISTRATE |
| 09-JUL-2001 | **PRE-TRIAL CONFERENCE**<br>CASE PASSED FOR TRIAL | KEOUGH, MAGISTRATE |
| 03-AUG-2001 | **MOTIONS**<br>GRANTED | DIMITRI, JUDGE |
| 06-SEP-2001 | **TRIAL**<br>PROSECUTOR ON TRIAL OTHER CT | DIMITRI, JUDGE |
| 04-OCT-2001 | **TRIAL**<br>DEFENSE NOT READY | DIMITRI, JUDGE |
| 25-OCT-2001 | **TRIAL**<br>PROSECUTOR COURT EXCUSED | DIMITRI, JUDGE |
| 20-NOV-2001 | **DISPOSITION**<br>CASE PASSED FOR TRIAL | DIMITRI, JUDGE |
| 04-DEC-2001 | **TRIAL**<br>ADD TO READY TRIAL CALENDAR | DIMITRI, JUDGE |
| 21-FEB-2002 | **TRIAL**<br>DEFENSE ATTY UNAVAILABLE | DIMITRI, JUDGE |
| 26-FEB-2002 | **MOT ISSUE SUBPOENA DUCES TECUM**<br>DEFENSE NOT READY | GALE, JUDGE |
| 20-MAR-2002 | **MOT ISSUE SUBPOENA DUCES TECUM**<br>ZZZ PASSED | GALE, JUDGE |
| 21-MAR-2002 | **TRIAL**<br>PENDING FURTHER INVESTIGATION | DIMITRI, JUDGE |
| 09-APR-2002 | **TRIAL**<br>DEFT APPRS TRIAL WITHOUT JURY | KRAUSE, JUDGE |
| 10-APR-2002 | **TRIAL**<br>TRIAL PROCEEDS AND CONCLUDES<br>JUDICIAL DECISION RENDERED<br>EXHIBITS FILED W/CLERKS OFFICE<br>CASE DISPOSED | KRAUSE, JUDGE |
| 30-MAY-2002 | **SENTENCING**<br>PENDING FURTHER INVESTIGATION | KRAUSE, JUDGE |
| 10-JUN-2002 | **SENTENCING**<br>PENDING FURTHER INVESTIGATION | KRAUSE, JUDGE |
| 18-JUN-2002 | **SENTENCING**<br>COMPLETED | KRAUSE, JUDGE |
| 22-JUN-2004 | **ADVISEMENT SUPREME CT DECISION**<br>COMPLETED | MCGUIRL, JUDGE |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 12-JUL-2004 | **PRE-TRIAL CONFERENCE**<br>PASSED | INDEGLIA, JUDGE |
| 19-JUL-2004 | **ADVISEMENT SUPREME CT DECISION**<br>COMPLETED | MCGUIRL, JUDGE |
| 07-SEP-2004 | **MOTION TO REDUCE SENTENCE**<br>PASSED | KRAUSE, JUDGE |
| 07-SEP-2004 | **MOTION TO WITHDRAW**<br>PASSED | KRAUSE, JUDGE |
| 12-OCT-2004 | **STATUS CONFERENCE**<br>JUDGE NOT AVAILABLE | KRAUSE, JUDGE |
| 18-OCT-2004 | **STATUS CONFERENCE**<br>UNKNOWN | KRAUSE, JUDGE |
| 17-DEC-2004 | **MOTION TO REDUCE SENTENCE**<br>MOTION DENIED | KRAUSE, JUDGE |
| 06-MAY-2005 | **DETERMINATION OF ATTORNEY**<br>PUBLIC DEFENDER T/ENTER APPEAR | MCGUIRL, JUDGE |
| 13-MAY-2005 | **VIOLATION HEARING 1**<br>PENDING FURTHER INVESTIGATION | MCGUIRL, JUDGE |
| 20-MAY-2005 | **VIOLATION HEARING 2**<br>PENDING FURTHER INVESTIGATION | MCGUIRL, JUDGE |
| 09-JUN-2005 | **VIOLATION HEARING 3**<br>PENDING FURTHER INVESTIGATION | MCGUIRL, JUDGE |
| 24-JUN-2005 | **VIOLATION HEARING 4**<br>PENDING FURTHER INVESTIGATION | MCGUIRL, JUDGE |
| 07-JUL-2005 | **VIOLATION HEARING 4**<br>DEFENSE NOT READY | MCGUIRL, JUDGE |
| 22-JUL-2005 | **VIOLATION HEARING 4**<br>DEFENSE ATTY COURT EXCUSED | MCGUIRL, JUDGE |
| 29-JUL-2005 | **VIOLATION HEARING 4**<br>PENDING FURTHER INVESTIGATION | MCGUIRL, JUDGE |
| 05-AUG-2005 | **VIOLATION HEARING 1**<br>CONTINUED FOR FURTHER HEARING | DIMITRI, JUDGE |
| 05-AUG-2005 | **MOT ISSUE SUBPOENA DUCES TECUM**<br>PENDING FURTHER INVESTIGATION | DIMITRI, JUDGE |
| 12-AUG-2005 | **MOT ISSUE SUBPOENA DUCES TECUM**<br>PENDING FURTHER INVESTIGATION | DIMITRI, JUDGE |
| 12-AUG-2005 | **VIOLATION HEARING 2**<br>CONTINUED FOR FURTHER HEARING | DIMITRI, JUDGE |
| 26-AUG-2005 | **MOT ISSUE SUBPOENA DUCES TECUM**<br>PENDING FURTHER INVESTIGATION | GALE, JUDGE |
| 26-AUG-2005 | **VIOLATION HEARING 3**<br>PENDING FURTHER INVESTIGATION | GALE, JUDGE |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 08-SEP-2005 | **MOT ISSUE SUBPOENA DUCES TECUM** | LANPHEAR, JUDGE |
| | DEFENDANT NOT ON HABEAS | |
| 08-SEP-2005 | **VIOLATION HEARING 4** | LANPHEAR, JUDGE |
| | DEFENDANT NOT ON HABEAS | |
| 28-SEP-2005 | **MOTION** | LANPHEAR, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 28-SEP-2005 | **VIOLATION HEARING 4** | LANPHEAR, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 13-OCT-2005 | **MOTION** | LANPHEAR, JUDGE |
| | DEFENSE NOT READY | |
| 13-OCT-2005 | **VIOLATION HEARING 4** | LANPHEAR, JUDGE |
| | DEFENSE NOT READY | |
| 17-NOV-2005 | **VIOLATION HEARING 4** | LANPHEAR, JUDGE |
| | DEFENSE NOT READY | |
| 16-DEC-2005 | **VIOLATION HEARING 4** | LANPHEAR, JUDGE |
| | DEFENSE NOT READY | |
| 13-JAN-2006 | **VIOLATION HEARING 4** | LANPHEAR, JUDGE |
| | PASSED | |
| 23-JAN-2006 | **VIOLATION HEARING 4** | LANPHEAR, JUDGE |
| | COURT TO APPNT PRIVATE COUNSEL | |
| 23-JAN-2006 | **MOTION TO WITHDRAW** | LANPHEAR, JUDGE |
| | GRANTED | |
| 31-JAN-2006 | **DETERMINATION OF ATTORNEY** | LANPHEAR, JUDGE |
| | NOTIFICATION PROBLEM | |
| 07-FEB-2006 | **DETERMINATION OF ATTORNEY** | LANPHEAR, JUDGE |
| | DEFENSE ATTY UNAVAILABLE | |
| 07-FEB-2006 | **VIOLATION HEARING** | LANPHEAR, JUDGE |
| | DEFENSE ATTY UNAVAILABLE | |
| 15-FEB-2006 | **DETERMINATION OF ATTORNEY** | LANPHEAR, JUDGE |
| | REPRESENTATION PROBLEM | |
| 15-FEB-2006 | **VIOLATION HEARING** | LANPHEAR, JUDGE |
| | REPRESENTATION PROBLEM | |
| 01-MAR-2006 | **DETERMINATION OF ATTORNEY** | LANPHEAR, JUDGE |
| | DEFENSE NOT READY | |
| 14-MAR-2006 | **VIOLATION HEARING** | LANPHEAR, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 30-MAR-2006 | **VIOLATION HEARING** | LANPHEAR, JUDGE |
| | DEFENSE NOT READY | |
| 12-APR-2006 | **VIOLATION HEARING 1** | LANPHEAR, JUDGE |
| | DEFENSE NOT READY | |
| 27-APR-2006 | **VIOLATION HEARING** | LANPHEAR, JUDGE |
| | DEFENSE NOT READY | |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 11-MAY-2006 | **VIOLATION HEARING** | LANPHEAR, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 25-MAY-2006 | **VIOLATION HEARING 1** | LANPHEAR, JUDGE |
| | DEFENSE NOT READY | |
| 08-JUN-2006 | **VIOLATION HEARING** | LANPHEAR, JUDGE |
| | DEFENSE NOT READY | |

## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|
| 31-OCT-2002 | 17-JUN-2004 | SUPREME COURT | |

**Reason:** TRANSFER TO SUPREME COURT

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 14-SEP-2000 | COMPLAINT FILED | |
| 14-SEP-2000 | FELONY INITIAL APPEARANCE | |
| 14-SEP-2000 | REFERRED TO FELONY SCREENING | |
| 14-SEP-2000 | SURETY BAIL SET | AT $25000 SURETY OR 10% CASH |
| 14-SEP-2000 | WANT OF BAIL DEFT IS COMMITTED | |
| 14-SEP-2000 | NO CONTACT ORDER | |
| 28-SEP-2000 | COMPLETED | |
| 29-SEP-2000 | ENTRY OF APPEARANCE BY P.D. | |
| 29-SEP-2000 | CASH BAIL SET | AT$ 1000.00 CASH BAIL |
| 13-OCT-2000 | DENIED | |
| 27-NOV-2000 | GRANTED | |
| 27-NOV-2000 | CASH BAIL SET | AT$ 500.00 CASH |
| 12-JAN-2001 | MOTION DENIED | |
| 07-FEB-2001 | COMPLETED | |
| 07-FEB-2001 | PERSONAL RECOGNIZANCE SET | AT $10000 PR |
| 15-MAR-2001 | MOTION GRANTED | |
| 19-MAR-2001 | INFORMATION FILED | |
| 09-APR-2001 | CASE PASSED FOR ARRAIGNMENT | |
| 16-APR-2001 | DEFT ARRGN & PLEADS NOT GUILTY | |
| 16-APR-2001 | PRETRIAL NOTICE ISSUED | |
| 16-APR-2001 | PERSONAL RECOGNIZANCE SET | AT $10000.00 |
| 16-APR-2001 | RECOGNIZANCE FILED | |
| | **Affiliated Party:** BOLARINHO, NORBERTO | |
| 16-APR-2001 | NO CONTACT ORDER | 2 filed |
| | **Affiliated Party:** RHODE ISLAND COURTS | |

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 26-APR-2001 | ENTRY OF APPEARANCE BY P.D.<br>**Affiliated Party:** FITZGERALD, KEVIN J. | |
| 15-JUN-2001 | PENDING FURTHER INVESTIGATION | |
| 19-JUN-2001 | MOTION DISCOVERY/INSPECTION<br>**Affiliated Party:** BOLARINHO, NORBERTO | |
| 19-JUN-2001 | MOTION DISCOVERY/INSPECTION<br>**Affiliated Party:** BOLARINHO, NORBERTO | |
| 09-JUL-2001 | CASE PASSED FOR TRIAL | |
| 25-JUL-2001 | MOTION TO SEVER<br>**Affiliated Party:** BOLARINHO, NORBERTO | |
| 26-JUL-2001 | RSP DEFT REQ DSCVY/INSPEC<br>**Affiliated Party:** STATE OF RHODE ISLAND | |
| 26-JUL-2001 | REQUEST DISCOVERY AND ALIBI<br>**Affiliated Party:** STATE OF RHODE ISLAND | |
| 30-JUL-2001 | DATE VACATED BY JUDGE | |
| 03-AUG-2001 | GRANTED | |
| 06-AUG-2001 | ORDER ENTERED<br>**Affiliated Party:** RHODE ISLAND COURTS | |
| 06-AUG-2001 | ORDER ENTERED<br>**Affiliated Party:** RHODE ISLAND COURTS | |
| 06-SEP-2001 | ANS DEFT MOTION BILL OF PARTIC<br>**Affiliated Party:** STATE OF RHODE ISLAND | |
| 06-SEP-2001 | PROSECUTOR ON TRIAL OTHER CT | |
| 04-OCT-2001 | DEFENSE NOT READY | |
| 25-OCT-2001 | PROSECUTOR COURT EXCUSED | |
| 12-NOV-2001 | DATE VACATED BY JUDGE | |
| 20-NOV-2001 | CASE PASSED FOR TRIAL | |
| 20-NOV-2001 | MOTION TO DISMISS<br>**Affiliated Party:** BOLARINHO, NORBERTO | |
| 20-NOV-2001 | RSP ST'S REQ DSCVY/ALIBI<br>**Affiliated Party:** BOLARINHO, NORBERTO | |
| 04-DEC-2001 | ADD TO READY TRIAL CALENDAR<br>REMOVE FROM READY TRIAL CALEND | |
| 10-DEC-2001 | DATE VACATED BY JUDGE | |
| 11-DEC-2001 | DATE DELETED | |
| 14-DEC-2001 | REMOVE FROM READY TRIAL CALEND | |
| 28-JAN-2002 | DATE VACATED BY JUDGE | |
| 04-FEB-2002 | DATE VACATED BY JUDGE | |
| 19-FEB-2002 | MOTION SUBPOENA DUCES TECUM<br>**Affiliated Party:** BOLARINHO, NORBERTO | |
| 21-FEB-2002 | DEFENSE ATTY UNAVAILABLE | |
| 26-FEB-2002 | DEFENSE NOT READY | |
| 27-FEB-2002 | MOTION FOR ISSUANCE SUBPOENA<br>**Affiliated Party:** BOLARINHO, NORBERTO | |
| 20-MAR-2002 | ZZZ PASSED | |
| 21-MAR-2002 | PENDING FURTHER INVESTIGATION | |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 09-APR-2002 | DEFT APPRS TRIAL WITHOUT JURY | |
| 10-APR-2002 | TRIAL PROCEEDS AND CONCLUDES | |
| 10-APR-2002 | EXHIBITS FILED W/CLERKS OFFICE | |
| 10-APR-2002 | JUDICIAL DECISION RENDERED | |
| 10-APR-2002 | JUDGMENT OF ACQUITTAL ENTERED | |
| | **Affiliated Party**: RHODE ISLAND COURTS | |
| 10-APR-2002 | CASE DISPOSED | |
| | **Affiliated Party**: BOLARINHO, NORBERTO | |
| 20-MAY-2002 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CDAEVNT on 20-MAY-2002 by EVERDECCHIA. |
| 30-MAY-2002 | PENDING FURTHER INVESTIGATION | |
| 10-JUN-2002 | PENDING FURTHER INVESTIGATION | |
| 18-JUN-2002 | COMPLETED | |
| 18-JUN-2002 | 48A DISMISSAL FILED | |
| | **Affiliated Party**: STATE OF RHODE ISLAND | |
| 18-JUN-2002 | JUDGMENT OF CONVICTION ENTERED | |
| | **Affiliated Party**: RHODE ISLAND COURTS | |
| 18-JUN-2002 | DISPOSED/SENTENCED | |
| | **Affiliated Party**: BOLARINHO, NORBERTO | |
| 21-JUN-2002 | NOTICE OF APPEAL SUPREME COURT | |
| | **Affiliated Party**: BOLARINHO, NORBERTO | |
| 24-JUN-2002 | ORDER FOR TRANSCRIPT | |
| | **Affiliated Party**: BOLARINHO, NORBERTO | |
| 27-SEP-2002 | MOTION EXTENSION OF TIME | |
| | **Affiliated Party**: BOLARINHO, NORBERTO | |
| 10-OCT-2002 | LTR,TRANSCRIPT SENT SUPREME CT | |
| | **Affiliated Party**: STATE OF RHODE ISLAND | |
| 30-OCT-2002 | APPEAL SUPREME COURT EVENT | |
| 30-OCT-2002 | CASE TRANSMITTED TO SUPREME CT | |
| 16-JUN-2004 | RETURNED FROM SUPREME COURT | case, 1 folder, (1) transcript in bin #2 |
| 16-JUN-2004 | JUDGMT APPEAL FROM IS AFFIRMED | on count 2 only, count 1 is vacated |
| 22-JUN-2004 | COMPLETED | |
| 12-JUL-2004 | PASSED | |
| 19-JUL-2004 | COMPLETED | |
| 19-JUL-2004 | MOTION TO WITHDRAW MOTION | |
| | **Affiliated Party**: FITZGERALD, KEVIN J. | |
| 21-JUL-2004 | MOTION T/REDUCE SENTENCE EVENT | |
| 21-JUL-2004 | DENIED | |
| 21-JUL-2004 | ORDER ENTERED | DENIED |
| 24-AUG-2004 | MOTION TO WITHDRAW MOTION | |
| | **Affiliated Party**: BOLARINHO, NORBERTO | |
| 25-AUG-2004 | MOTION TO REDUCE SENTENCE | to be heard before JUDGE KRAUSE |
| | **Affiliated Party**: BOLARINHO, NORBERTO | |
| 07-SEP-2004 | PASSED | |
| 07-SEP-2004 | PASSED | |
| 22-SEP-2004 | MOTION TO WITHDRAW EVENT | |
| 22-SEP-2004 | MOTION TO APPOINT ATTORNEY | |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 22-SEP-2004 | GRANTED | |
| 22-SEP-2004 | GRANTED | |
| 27-SEP-2004 | MOTION TO WITHDRAW | |
| | **Affiliated Party:** BOLARINHO, NORBERTO | |
| 07-OCT-2004 | ENTRY OF APPEARANCE | |
| | **Affiliated Party:** GONTARZ, CHRISTOPH S | |
| 12-OCT-2004 | JUDGE NOT AVAILABLE | |
| 18-OCT-2004 | UNKNOWN | |
| 17-DEC-2004 | MOTION DENIED | |
| 17-DEC-2004 | REMANDED TO THE ACI | |
| 30-MAR-2005 | ORDER ENTERED | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 30-MAR-2005 | MOTION | For bail review |
| 30-MAR-2005 | MOTION FOR RELEASE OF COUNSEL | And appointment of new counsel |
| 30-MAR-2005 | MOTION TO ASSIGN | |
| 30-MAR-2005 | PET WRIT OF HABEAS CORPUS | |
| 30-MAR-2005 | LETTER FILED | |
| 29-APR-2005 | PRESENTED AS A VIOLATOR | |
| 29-APR-2005 | DEFT REFERRED PUBLIC DEFENDER | |
| 29-APR-2005 | DEFENDANT HELD WITHOUT BAIL | |
| 29-APR-2005 | VIOLATION REPORT | |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 29-APR-2005 | REMANDED TO THE ACI | |
| 06-MAY-2005 | PUBLIC DEFENDER T/ENTER APPEAR | |
| 09-MAY-2005 | ENTRY OF APPEARANCE BY P.D. | |
| | **Affiliated Party:** GILL, EAMONN G | |
| 13-MAY-2005 | PENDING FURTHER INVESTIGATION | |
| 20-MAY-2005 | PENDING FURTHER INVESTIGATION | |
| 09-JUN-2005 | PENDING FURTHER INVESTIGATION | |
| 24-JUN-2005 | PENDING FURTHER INVESTIGATION | |
| 07-JUL-2005 | DEFENSE NOT READY | |
| 19-JUL-2005 | ENTRY OF APPEARANCE BY P.D. | |
| | **Affiliated Party:** EWENS, LARA E. | |
| 22-JUL-2005 | DEFENSE ATTY COURT EXCUSED | |
| 27-JUL-2005 | ORAL MOTION EVENT | For bail review |
| 27-JUL-2005 | PET WRIT OF HABEAS CORPUS | |
| 27-JUL-2005 | MOTION TO ASSIGN | |
| 27-JUL-2005 | MOTION TO APPOINT ATTORNEY | |
| 29-JUL-2005 | PENDING FURTHER INVESTIGATION | |
| 01-AUG-2005 | MOTION FOR ISSUANCE SUBPOENA | |
| | **Affiliated Party:** BOLARINHO, NORBERTO | |
| 05-AUG-2005 | ORDER ENTERED | |
| 05-AUG-2005 | CONTINUED FOR FURTHER HEARING | |
| 05-AUG-2005 | PENDING FURTHER INVESTIGATION | |
| 12-AUG-2005 | PENDING FURTHER INVESTIGATION | |
| 12-AUG-2005 | CONTINUED FOR FURTHER HEARING | |
| 23-AUG-2005 | MOTION TO RECONSIDER | |
| 26-AUG-2005 | PENDING FURTHER INVESTIGATION | |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 26-AUG-2005 | PENDING FURTHER INVESTIGATION | |
| 08-SEP-2005 | DEFENDANT NOT ON HABEAS | |
| 08-SEP-2005 | DEFENDANT NOT ON HABEAS | |
| 28-SEP-2005 | PENDING FURTHER INVESTIGATION | |
| 28-SEP-2005 | PENDING FURTHER INVESTIGATION | |
| 13-OCT-2005 | DEFENSE NOT READY | |
| 13-OCT-2005 | DEFENSE NOT READY | |
| 17-NOV-2005 | DEFENSE NOT READY | |
| 16-DEC-2005 | DEFENSE NOT READY | |
| 13-JAN-2006 | PASSED | |
| 18-JAN-2006 | MOTION TO WITHDRAW<br>**Affiliated Party:** BOLARINHO, NORBERTO | |
| 18-JAN-2006 | MOTION TO WITHDRAW<br>**Affiliated Party:** BOLARINHO, NORBERTO | |
| 23-JAN-2006 | GRANTED | |
| 23-JAN-2006 | COURT TO APPNT PRIVATE COUNSEL | |
| 26-JAN-2006 | LETTER COURT APPOINTS ATTORNEY<br>**Affiliated Party:** STEINGOLD, NEAL R. | |
| 31-JAN-2006 | NOTIFICATION PROBLEM | |
| 07-FEB-2006 | DEFENSE ATTY UNAVAILABLE | |
| 07-FEB-2006 | DEFENSE ATTY UNAVAILABLE | |
| 15-FEB-2006 | REPRESENTATION PROBLEM | |
| 15-FEB-2006 | REPRESENTATION PROBLEM | |
| 01-MAR-2006 | DEFENSE NOT READY | |
| 01-MAR-2006 | ENTRY OF APPEARANCE<br>**Affiliated Party:** STEINGOLD, NEAL R. | |
| 14-MAR-2006 | PENDING FURTHER INVESTIGATION | |
| 30-MAR-2006 | DEFENSE NOT READY | |
| 12-APR-2006 | DEFENSE NOT READY | |
| 27-APR-2006 | DEFENSE NOT READY | |
| 11-MAY-2006 | PENDING FURTHER INVESTIGATION | |
| 25-MAY-2006 | DEFENSE NOT READY | |
| 08-JUN-2006 | DEFENSE NOT READY | |