STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

## CASE INFORMATION

Case Title: STATE OF R.I. VS NORBERTO BOLARINHO — Case ID No: SU-02-0690

Appeal Date: 26-JUN-2002
Appeal Type: CRIMINAL APPEAL — Next Scheduled:
Current Status: BEFORE ARGUMENT — Event Type:

Lower Court No: PSR-PC-20010769A — Related Cases:

## PARTY INFORMATION

| | | | |
|---|---|---|---|
| BOLARINHO, NORBERTO | DEFT | ROSIN, PAULA | AOR |
| BOLARINHO, NORBERTO | DEFT | HARDIMAN, PAULA | AOR |
| STATE OF R.I. | PLTF | WEISMAN, AARON | AOR |
| STATE OF R.I. | PLTF | MCGINN, VIRGINIA | AOR |

## DOCKET INFORMATION

| Date | Description | Text |
|---|---|---|
| 27-NOV-2002 | APPEAL DATE | 20020626 |
| 27-NOV-2002 | PAPERS AND TRANSCRIPT FILED. | |
| 27-NOV-2002 | RULE 12 PRE BRIEF NOTICE SENT | |
| 27-NOV-2002 | APPEALED BY FILING PARTY<br>Affiliated Party: BOLARINHO, NORBERTO | DEF 20020319 3 2500 20020626 |
| 27-NOV-2002 | TRANSCRIPT REQUIRED | |
| 27-NOV-2002 | TRANSCRIPT(S) ORDERED | 20021009 121 UKN |
| 24-DEC-2002 | MOTION EXTENSION OF TIME | |
| 24-DEC-2002 | GRANTED | 20030116 |
| 15-JAN-2003 | MOTION EXTENSION OF TIME | |
| 15-JAN-2003 | GRANTED | 20030215 |
| 29-JAN-2003 | DEFEND. MOTION FOR BAIL | |
| 07-FEB-2003 | MOTION EXTENSION OF TIME | |
| 07-FEB-2003 | GRANTED | 20030221 |
| 14-FEB-2003 | MOTION EXTENSION OF TIME | |
| 14-FEB-2003 | GRANTED | 20030315 |
| 20-FEB-2003 | MOTION EXTENSION OF TIME | |
| 20-FEB-2003 | GRANTED | 20030228 |
| 20-FEB-2003 | TRANSCRIPT WITHDRAWN | AG |
| 27-FEB-2003 | MOTION EXTENSION OF TIME | |
| 27-FEB-2003 | GRANTED | 20030328 |
| 14-MAR-2003 | MOTION EXTENSION OF TIME | |
| 14-MAR-2003 | GRANTED | 20030415 |
| 25-MAR-2003 | TRANSCRIPT WITHDRAWN | |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

Case Title: STATE OF R.I. VS NORBERTO BOLARINHO | Case ID No: SU-02-0690

DOCKET INFORMATION

| | | |
|---|---|---|
| 28-MAR-2003 | MOTION EXTENSION OF TIME | |
| 28-MAR-2003 | GRANTED | 20030421 |
| 28-MAR-2003 | MOTION EXTENSION OF TIME | |
| 28-MAR-2003 | GRANTED | 20030421 |
| 15-APR-2003 | MOTION EXTENSION OF TIME | |
| 15-APR-2003 | GRANTED | 20030515 |
| 16-APR-2003 | MOTION EXTENSION OF TIME | |
| 16-APR-2003 | GRANTED | 20030514 |
| 09-MAY-2003 | OBJECTION FILED | |
| 15-MAY-2003 | MOTION EXTENSION OF TIME | |
| 15-MAY-2003 | GRANTED | 20030615 |
| 03-JUN-2003 | ORDER MOTION FOR BAIL IS | |
| 03-JUN-2003 | DENIED | |
| 16-JUN-2003 | MOTION EXTENSION OF TIME | |
| 16-JUN-2003 | GRANTED | 20030715 |
| 15-JUL-2003 | MOTION EXTENSION OF TIME | |
| 15-JUL-2003 | GRANTED | 20030815 |
| 03-SEP-2003 | APPELLANT PRE BRIEF FILED | |
| 03-SEP-2003 | MOTION TO EXCEED 10 PAGES | |
| 03-SEP-2003 | MOTION FOR SPECIAL ASSIGNMENT. | |
| 03-SEP-2003 | DEFEND. MOTION FOR BAIL | |
| 04-SEP-2003 | TRANSCRIPT RETURNED | |
| 12-SEP-2003 | MOTION EXTENSION OF TIME | |
| 12-SEP-2003 | GRANTED | 20030926 |
| 12-SEP-2003 | MEMORANDUM FILED | RESPONSE TO MOTION |
| 18-SEP-2003 | MOTION EXTENSION OF TIME | |
| 18-SEP-2003 | GRANTED | 20030926 |
| 24-SEP-2003 | ENTRY OF APPEARANCE | |
| 26-SEP-2003 | MOTION TO EXCEED 10 PAGES | |
| 26-SEP-2003 | OBJECTION FILED | |
| 26-SEP-2003 | ENTRY OF APPEARANCE | |
| 26-SEP-2003 | PLTF APPELLEE PRE BRIEF FILED | |
| 29-SEP-2003 | TRANSCRIPT RETURNED | |
| 01-OCT-2003 | CASE OUT IN PART OR WHOLE | |
| 03-OCT-2003 | MOTION TO EXCEED 10 PAGES | |
| 03-OCT-2003 | GRANTED | |
| 03-OCT-2003 | MOTION TO EXCEED 10 PAGES | |
| 03-OCT-2003 | GRANTED | |
| 03-OCT-2003 | MAILED TO ATTORNEYS | |
| 31-OCT-2003 | ORDER MOTION FOR BAIL IS | |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

Case Title: STATE OF R.I. VS NORBERTO BOLARINHO    Case ID No: SU-02-0690

DOCKET INFORMATION

| | | |
|---|---|---|
| 31-OCT-2003 | DENIED | 20031031 |
| 14-NOV-2003 | PRE BRIEFING CONF HELD | |
| 17-NOV-2003 | ORDER ASSIGNED TO HEARING | |
| 18-NOV-2003 | CASE RETURNED IN PART OR WHOLE | |
| 11-DEC-2003 | TRANSCRIPT WITHDRAWN | PD'S OFFICE |
| 16-DEC-2003 | APPELLANT BRIEF FILED | |
| 18-DEC-2003 | TRANSCRIPT RETURNED | P.D'S OFFICE |
| 05-JAN-2004 | MOTION EXTENSION OF TIME | |
| 05-JAN-2004 | GRANTED | 20040205 |
| 05-FEB-2004 | MOTION EXTENSION OF TIME | |
| 05-FEB-2004 | GRANTED | 20040209 |
| 09-FEB-2004 | MOTION EXTENSION OF TIME | |
| 09-FEB-2004 | GRANTED | 20040211 |
| 10-FEB-2004 | CASE OUT IN PART OR WHOLE | |
| 11-FEB-2004 | MOTION EXTENSION OF TIME | |
| 13-FEB-2004 | MOTION EXTENSION OF TIME | |
| 17-FEB-2004 | MOTION EXTENSION OF TIME | |
| 20-FEB-2004 | MOTION TO REMAND | PLANTIFF'S MOTION TO REMAND & CONFESSION OF ERROR. |
| 24-FEB-2004 | REPLY MEMORANDUM FILED. | |
| 25-FEB-2004 | REPLY MEMORANDUM FILED. | FILED BY A.G. |
| 25-FEB-2004 | TRANSCRIPT RETURNED | |
| 26-FEB-2004 | ORD ENT REMANDING CASE | AG MOTION |
| 26-FEB-2004 | DENIED | 20040226 |
| 26-FEB-2004 | ORDER ENTERED | AG MOTION CONFESSING ERROR REJECTED |
| 26-FEB-2004 | DENIED | 20040226 |
| 26-FEB-2004 | ORDER ASSIGNED TO HEARING | IN ABSENCE OF WRITTEN AGREEMENT/STIP, APPEAL TO BE ARGUED AS SCHEDULED 3/2/2004 |
| 26-FEB-2004 | ORDER ENTERED | DEFT TO PROVIDE CT W/PROOF DBL JEOP ARGUMENT PRESE RVED FOR APPEAL-SUP CT ORDER OR TRANSCRIPT NEEDED |
| 27-FEB-2004 | PLTF APPELLEE BRIEF FILED | |
| 01-MAR-2004 | CASE RETURNED IN PART OR WHOLE | |
| 01-MAR-2004 | SUPPLEMENTAL MEMORANDUM FILED | RESPONSE OF BOLARINHO TO ORDER TO PROVIDE RECORD PROFF THAT DOUBLE JEOPARDY ARGUMENT PROP. RESERVED |
| 02-MAR-2004 | HEARD ON DEFENDANT'S APPEAL | |
| 02-MAR-2004 | CASE OUT IN PART OR WHOLE | |
| 04-MAR-2004 | SUPPLEMENTAL MEMORANDUM FILED | STATE 'S POST ARGUMENT SUBMISSION. |
| 14-APR-2004 | OPIN AFF REV VAC IN PART ADF | COUNT 1 IS VACATED & AFFIRM CONVICTION ON COUNT 2. |
| 15-APR-2004 | MOTION TO CORRECT THE RECORD | PETITION FOR CORRECTION OF OPINION. |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

Case Title: STATE OF R.I. VS NORBERTO BOLARINHO

Case ID No: SU-02-0690

DOCKET INFORMATION

| | | |
|---|---|---|
| 21-APR-2004 | OBJECTION FILED | |
| 06-MAY-2004 | OBJECTION FILED | RESPONSE TO MOTION FOR CORRECTION. |
| 26-MAY-2004 | ORDER ENTERED | AMENDED OPINION IS TO BE ISSUED & MOTION GRANTED. |
| 26-MAY-2004 | GRANTED | 20040526 |
| 07-JUN-2004 | PAPERS/TRANS.REMANDED | |
| 22-DEC-2005 | MISCELLANOUE PETITION<br>Affiliated Party: BOLARINHO, NORBERTO | PRO SE PETITION FOR RELIEF |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

## CASE INFORMATION

Case Title: STATE OF R.I. VS NORBERTO BOLARINHO — Case ID No: SU-05-0223

Appeal Date: 10-AUG-2005
Appeal Type: WRIT OF HABEAS CORPUS — Next Scheduled:
Current Status: BEFORE ARGUMENT — Event Type:

Lower Court No: PSR-P2-01-0769A — Related Cases:

## PARTY INFORMATION

| | | | |
|---|---|---|---|
| BOLARINHO, NORBERTO | DEFT | SE, PRO | AOR |
| STATE OF R.I. | PLTF | WEISMAN, AARON | AOR |

## DOCKET INFORMATION

| Date | Description | Text |
|---|---|---|
| 10-AUG-2005 | APPEAL DATE | 20050810 |
| 10-AUG-2005 | PET WRIT OF HABEAS CORPUS | |
| 10-AUG-2005 | APPEALED BY FILING PARTY<br>Affiliated Party: BOLARINHO, NORBERTO | DEF 20010615 2500 20050618 |
| 23-AUG-2005 | MOTION EXTENSION OF TIME | |
| 23-AUG-2005 | GRANTED | 20050826 |
| 24-AUG-2005 | OBJECTION FILED | STATE'S RESPONSE IN OPPOSITION TO PETITION FOR WRIT OF HABEAS CORPUS |
| 02-NOV-2005 | ORDER PETITION FOR HABEAS. | PETITION IS DENIED. |
| 03-NOV-2005 | MAILED TO ATTORNEYS | |
| 13-JAN-2006 | ORDER ENTERED | MOTION FOR RELIEF IS DENIED. |