**Supreme Court**
No. 05-223-M.P.

State of Rhode Island :

v. :

Norberto Bolarinho :

**ORDER**

The petition for writ of habeas corpus is denied.

Entered as an Order of this Court this *2nd* day of ***November 2005.***

By Order,

Clerk