# United States District Court
# For The District of Rhode Island

Norberto Bolarinho
V.
Department of Corrections

C.A. No. 06-227 ML

## Motion for extention of time

I, Norberto Bolarinho, ask this Honorable Court to excuse my neglect, facts being that, I received no information on the part of the Attorney General's office in regard to its motion to dismiss my Petition for releif from a conviction or sentence by a person in state custody (28 U.S.C § 2254).

I ask this Honorable Court to grant an extention up to Nov. 3rd, 06.

10/23/06

Norberto Bolarinho
P.O. Box 8281
Cranston, R.I. 02920

Norberto Bolarinho Pro se'

# Certificate of Service

I, Norberto Bolarinho, declare under penalty of perjury that I deposited a copy in the U.S. Mail on 10/23/06 to the Attorney General's office on 150 South Main St. Prov, R.I. 02903

[signature]
pro se'