United States District Court
For The District of Rhode Island

copy

FILED
OCT 25 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Norberto Bolarinho
V.
Department of Corrections

C.A. No. 06-227 ML

# Motion for extention of time

I, Norberto Bolarinho, ask this Honorable Court to excuse my neglect, facts being that, I received no information on the part of the Attorney General's office in regard to its motion to dismiss my Petition for relief from a conviction or sentence by a person in state custody (28 U.S.C. §2254).

I ask this Honorable Court to grant an extention up to Nov. 3rd, 06.

10/23/06

Norberto Bolarinho
P.O. Box 8281
Cranston, R.I. 02920

Norberto Bolarinho pro se'

Granted.
Mary M. Lisi
as DJ 10/25/06

# Certificate of Service

I, Norberto Bolarinho, declare under penalty of purjery that I deposited a copy in the U.S. Mail on 10/23/06 to the Attorney General's office on 150 South Main st. Prov, R.I. 02903

[signature]
/pro se'