UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORBERTO BOLARINHO

v. CA 06-227 ML

A.T. WALL, Director of the
Rhode Island Department of
Corrections

MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's objection to a Report and Recommendation issued by Magistrate Judge Hagopian on October 13, 2006. Magistrate Judge Hagopian recommends that Respondent's Motion to Dismiss be granted. Although Petitioner did not object to the Motion to Dismiss, he now objects to the recommendation that the Motion to Dismiss be granted. This Court has reviewed the Report and Recommendation and Petitioner's objection. Having done so, this Court finds that Magistrate Judge Hagopian has accurately set forth the facts and properly applied the law to those facts. Petitioner's objection is without merit. Accordingly, this Court adopts the Report and Recommendation in its entirety. The Motion to Dismiss is GRANTED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
October 31, 2006